# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

GARY R. THOMPSON, JR.,     )
                                   )
          Petitioner,     )
                                   )
-vs-                         )     Case No. CIV-18-288-F
                                 )
JASON BRYANT, Warden,     )
                                 )
          Respondent.     )

## ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on July 9, 2018, recommending that respondent, Jason Bryant's motion to dismiss petitioner, Gary R. Thompson, Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 be granted and that petitioner's habeas corpus petition be dismissed for lack of jurisdiction.

Petitioner has timely objected to the recommended ruling. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Purcell. The court finds no reason to repeat that analysis here. Petitioner's arguments in his objection are rejected. The court thus accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell (doc. no. 20) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

Respondent's Motion to Dismiss Second or Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction (doc. no. 16) is **GRANTED**.

Petitioner, Gary R. Thompson, Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 (doc. no. 1), as supplemented (doc. no. 7), is **DISMISSED** for lack of jurisdiction.

Judgment to issue forthwith.

IT IS SO ORDERED this 6th day of August, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0288p002.docx

2